**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LAYNE-CHRISTENSEN COMPANY** | **PLAINTIFF/COUNTER-DEFENDANT** |
| **v.** | **CIVIL ACTION NO. 1:14-CV-49-KS-MTP** |
| **JACKSON COUNTY UTILITY AUTHORITY and CONTROL SYSTEMS, INC** | **DEFENDANTS/COUNTER-PLAINTIFFS** |

## ORDER

On March 3, 2016, Plaintiff/Counter-Defendant Layne-Christensen Company and Defendants/Counter-Plaintiffs, Jackson County Utility Authority and Control Systems, Inc., filed their Joint Motion to Dismiss All Claims of All Parties with Prejudice ("Joint Motion to Dismiss") [107], requesting the Court dismiss with prejudice all claims in this action. Finding the parties to be in agreement, the Court will **grant** the Joint Motion to Dismiss [107].

IT IS THEREFORE ORDERED AND ADJUDGED that the Joint Motion to Dismiss [107] is **granted** and this case is **dismissed with prejudice**. A separate judgment shall issue in accordance with Federal Rule of Civil Procedure 58.

SO ORDERED AND ADJUDGED this the 3rd day of March, 2016.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE