IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LAYNE-CHRISTENSEN COMPANY**          **PLAINTIFF/COUNTER-DEFENDANT**

**v.**                                 **CIVIL ACTION NO. 1:14-CV-49-KS-MTP**

**JACKSON COUNTY UTILITY AUTHORITY**
**and CONTROL SYSTEMS, INC**           **DEFENDANTS/COUNTER-PLAINTIFFS**

## FINAL JUDGMENT

For the reasons stated in the Court's previous Order and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment dismissing all claims in this case with prejudice. This case is closed.

SO ORDERED AND ADJUDGED this the 3rd day of March, 2016.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE